**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 21, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00328-CV

---

**KENNETH SAWYER, ANAYA DUBROIS-LATTIMER, AND COURTNEY JONES, Appellants**

**V.**

**THE MEN'S WEARHOUSE, TAILORED BRANDS, INC., TAILORED SHARED SERVICES, LLC, TAILORED BRANDS PURCHASING, LLC, JOS. A. BANK CLOTHIERS, INC., AND TWIN HILL ACQUISITIONS, Appellees**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2016-80169**

---

## MEMORANDUM OPINION

This is an appeal from an order signed January 22, 2019. On May 10, 2019,

appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.